Dayton Smith 93495-011
Federal Correctional Institution
1299 Seaside
San Pedro, CA 90731

United States District Court
1301 Clay St., Suite 400S
Oakland, CA 94612-5212