**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 7, 2008

Honorable Claudia Wilken
Judge, United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

    Re:   <u>United States v. Damon Smith</u>
           CR-04-40060 CW

Your Honor:

    I received a copy of a pro se motion for reduction of sentence, filed by Damon Smith in the above captioned case. The motion was sent to me because I am overseeing all of the retroactive crack reduction cases in the Northern District of California.

    I have reviewed Mr. Smith's case, and spoken with his prior appointed counsel. Mr. Smith was sentenced to the statutory mandatory minimum of 120 months. Although the crack guidelines have been amended, and the reduction has been made retroactive, the statutory mandatory minimums have not changed. The Federal Public Defender's Office will therefore not be representing Mr. Smith unless the Court orders otherwise.

    If the Court would like any additional information, I would be happy to provide it.

                                             Respectfully,

                                             BARRY J. PORTMAN
                                             Federal Public Defender

                                                  /S/
                                             REBECCA SULLIVAN SILBERT
                                             Assistant Federal Public Defender

cc:    Doug Sprague, AUSA
        Jim Schloetter, United States Probation Officer
        Richard Tamor, CJA counsel (by fax)
        Damon Smith, Reg. #93495-011, Federal Correctional Institution
            Terminal Island, P.O. Box 3007, San Pedro, CA 90731